IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNELIUS MEE MEE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV569 |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HEALTH & HUMAN SERVICES, SHERI DAWSON, Director of Behavioral Health, JOHN KROLL, Director of Nursing at Norfolk Regional Center, DIANE SCHUMACHER, Physician Assistant at Norfolk Regional Center, AMR BELTAGUI, Personal Psychiatrist at Norfolk Regional Center, and LINDA HANSEN, Unit Supervisor at Norfolk Regional Center, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

The court is in receipt of an Amended Complaint (Filing No. 11) and Motion for Leave to Proceed In Forma Pauperis (Filing No. 12). The Amended Complaint, filed without the court's permission and not in compliance with NECivR 15.1, shall be treated as a motion to file an amended complaint.

IT IS ORDERED:

1. Plaintiff's Amended Complaint (Filing No. 11), construed as a motion to file an amended complaint, is granted;

2. Pursuant to NECivR 15.1(b), such Amended Complaint shall be considered as supplemental to, rather than as superseding, Plaintiff's Complaint (Filing No. 1);

3. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Filing No. 12) is denied as moot, as Plaintiff has already been given leave to do so in Filing No. 5;

4. The Clerk of Court shall reinstate as defendants those whom it terminated upon the filing of Plaintiff's Amended Complaint; and

5. Initial review of Plaintiff's Complaint (Filing No. 1) and Amended Complaint (Filing No. 11) shall proceed in the court's normal course of business.

DATED this 3rd day of February, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge