IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNELIUS MEE MEE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV569 |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HEALTH & HUMAN SERVICES, SHERI DAWSON, Director of Behavioral Health, JOHN KROLL, Director of Nursing @ Norfolk Regional Center, DIANE SCHUMACHER, Physician Assistant @ Norfolk Regional Center, AMR BELTAGUI, Personal Psychiatrist @ Norfolk Regional Center, LINDA HANSEN, Unit Supervisor @ Norfolk Regional Center, DIANNA MASTNY, and LORI STRONG, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

On March 9, 2017, the court ordered (Filing 15) Plaintiff to file a Second Amended Complaint containing complete factual allegations as to *all* defendants regarding *only* the claims that have not been dismissed. Further, the court ordered that the Second Amended Complaint will supersede all other complaints and will be considered the only operative complaint in this case after its filing.

The same day this order was issued, Plaintiff mailed to the court a "Supplemental Complaint" that contains allegations regarding her treatment at the Norfolk Regional Center since she filed her Amended Complaint on February 2, 2017. (Filing 11.) Because Plaintiff's "Supplemental Complaint" does not comply with the court's March 9, 2017, order in any respect, and because the "Supplemental

Complaint" was postmarked the same date as the court's March 9 order directing Plaintiff to file a Second Amended Complaint, it is apparent that the court's March 9 order and Plaintiff's "Supplemental Complaint" crossed in the mail and Plaintiff has submitted her complaint to the court without the court's permission and not in compliance with NECivR 15.1.

Accordingly,

IT IS ORDERED:

1. Plaintiff's Supplemental Complaint (Filing 16) is stricken because it was filed without the court's permission and not in compliance with NECivR 15.1.

2. As previously directed in the court's March 9, 2017, order (Filing 15), Plaintiff shall combine *all* of her allegations into *one* document entitled "Second Amended Complaint," which shall be considered the only operative complaint in this case after its filing. Plaintiff's Second Amended Complaint shall contain complete factual allegations as to *all* named defendants regarding *only* the claims that have not been dismissed in the court's March 9, 2017, order (Filing 15).

3. Plaintiff's Second Amended Complaint shall be filed no later than April 10, 2017. Should Plaintiff fail to do so, this action will be dismissed without further notice.

DATED this 14th day of March, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge