IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNELIUS MEE MEE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV569 |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HEALTH & | ) | |
| HUMAN SERVICES, SHERI | ) | **MEMORANDUM** |
| DAWSON, Director of Behavioral | ) | **AND ORDER** |
| Health, JOHN KROLL, Director of | ) | |
| Nursing @ Norfolk Regional Center, | ) | |
| DIANE SCHUMACHER, Physician | ) | |
| Assistant @ Norfolk Regional Center, | ) | |
| AMR BELTAGUI, Personal | ) | |
| Psychiatrist @ Norfolk Regional | ) | |
| Center, LINDA HANSEN, Unit | ) | |
| Supervisor @ Norfolk Regional | ) | |
| Center, DIANNA MASTNY, and | ) | |
| LORI STRONG, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed a Motion for Preliminary Injunction (Filing 18) making the same allegations and requesting the same relief as she has requested in all of her many complaint-like filings.  (Filings 1, 6, 10, 11, 14, 16.)  Plaintiff's motion shall be denied, and she will be ordered to comply with the court's prior order (Filing 15) directing her to file a Second Amended Complaint which combines *all* of her allegations and requests for relief into *one* document by April 10, 2017.

IT IS ORDERED:

1.    Plaintiff's Motion for a Preliminary Injunction (Filing 18) is denied;

2.     Plaintiff is ordered to comply with the court's prior order (Filing 15) directing her to file a Second Amended Complaint which omits those claims that have been dismissed for failure to state a claim upon which relief may be granted or due to immunity, and which combines *all* of her remaining allegations and requests for relief into *one* document by April 10, 2017; and

3.     Plaintiff's failure to comply with this order shall result in dismissal of this matter without further notice.

DATED this 21st day of March, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge