IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNELIUS MEE MEE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV569 |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HEALTH & HUMAN SERVICES, SHERI DAWSON, Director of Behavioral Health, JOHN KROLL, Director of Nursing at Norfolk Regional Center, DIANE SCHUMACHER, Physician Assistant at Norfolk Regional Center, AMR BELTAGUI, Personal Psychiatrist at Norfolk Regional Center, and LINDA HANSEN, Unit Supervisor at Norfolk Regional Center, | ) | **ORDER** |
| Defendants. | ) | |

IT IS ORDERED:

1.　Plaintiff's Motion for Enlargement of Time (Filing 20) within which to file a Second Amended Complaint is granted, and such complaint shall be filed on or before May 10, 2017;

2.　Plaintiff is ordered to comply with the court's prior order (Filing 15) directing her to file a Second Amended Complaint which omits those claims that have been dismissed for failure to state a claim upon which relief may be granted or due to immunity, and which combines *all* of her remaining allegations and requests for relief into *one* document by May 10, 2017; and

3. Plaintiff's failure to comply with this order shall result in dismissal of this matter without further notice.

DATED this 10th day of April, 2017.

> BY THE COURT:
> s/ *Richard G. Kopf*
> Senior United States District Judge