IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNELIUS MEE MEE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV569 |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HEALTH & | ) | **ORDER** |
| HUMAN SERVICES, SHERI | ) | |
| DAWSON, Director of Behavioral | ) | |
| Health, JOHN KROLL, Director of | ) | |
| Nursing @ Norfolk Regional Center, | ) | |
| DIANE SCHUMACHER, Physician | ) | |
| Assistant @ Norfolk Regional Center, | ) | |
| AMR BELTAGUI, Personal | ) | |
| Psychiatrist @ Norfolk Regional | ) | |
| Center, LINDA HANSEN, Unit | ) | |
| Supervisor @ Norfolk Regional | ) | |
| Center, DIANNA MASTNY, and | ) | |
| LORI STRONG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the Memorandum and Addendum (Filing 23) filed by Plaintiff shall be docketed and considered as a Supplemental Second Amended Complaint and shall undergo initial review pursuant to 28 U.S.C. §§ 1915(e) and 1915A in due course, along with Plaintiff's Second Amended Complaint (Filing 22).

DATED this 5th day of May, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge