IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MEE MEE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV569 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SHERI DAWSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed "Objections" (Filing Nos. 51, 56) to Defendants' Motion for Summary Judgment (Filing No. 43) and to Defendants' Motion to Strike (Filing No. 54). Nebraska Civil Rule 7.1(b)(1)(A) prohibits the filing of an "objection" to a motion. Rather, a party must file a "brief that concisely states the reasons for opposing the motion and cites to supporting authority." Accordingly, the court will treat Plaintiff's Objections as briefs in opposition to Defendants' motions.

IT IS ORDERED:

1. The Clerk of Court is directed to terminate as a pending motion Plaintiff's "Objection" (Filing No. 51) to Defendants' Motion for Summary Judgment (Filing No. 43) and re-docket it as a Brief in Opposition to Defendants' Motion for Summary Judgment.

2. The Clerk of Court is directed to terminate as a pending motion Plaintiff's "Objection" (Filing No. 56) to Defendants' Motion to Strike (Filing No. 54) and re-docket it as a Brief in Opposition to Defendants' Motion to Strike.

DATED this 14th day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge