IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEE MEE BROWN,<br><br>               Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HEALTH & HUMAN SERVICES, et. al;<br><br>               Defendants. | **8:16CV569**<br><br>**ORDER** |

A pretrial conference is scheduled for March 29, 2018. Defendants' motion for summary judgment is pending.

Accordingly,

IT IS ORDERED that on the court's own motion, the pretrial conference is continued pending further order of the court. If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, counsel for Defendants shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference.

March 1, 2018.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge